IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00357-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| JUSTIN YAMORE DEEWAYNE JONES, | |
| Defendant. | |

This matter comes before the court on Andrew C. Brooks' (Defendant's local counsel) Motion to Be Excused from Court Appearance. DE 51. Mr. Brooks requests that he be excused from attending the sentencing hearing due to a scheduling conflict. That motion is DENIED.

Defendant is represented by Katryna L. Spearman, an Atlanta-based attorney who entered a special appearance, and Andrew C. Brooks, a Boone-based attorney admitted to practice in this district. Because all "[p]ersons appearing in criminal actions in this court . . . must be represented by at least one member of the bar of this court," the court allows attorneys who are not admitted in this court to "practice in this court for a particular case" only so long as they act "in association with a member of the bar of this court." Local Criminal Rule 57.1(d), (e)(1). As part of that association, the local attorney "shall attend all court proceedings unless excused by the court." Local Criminal Rule 57.1(e)(3), (f). Absent some greater urgency, the court will not excuse local attorneys from attending their clients' sentencing hearings.

SO ORDERED this 8th day of December, 2025.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE