PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Terry Jacobs**                    **Docket No. 7:25-CR-35-8M**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Caroline M. O'Reilly, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Terry Jacobs, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 21st day of May, 2025. As a condition of his release, the defendant was placed on home incarceration with location monitoring, and he has remained in full compliance.

The defendant appeared before Richard E. Myers II, the Chief United States District Judge for arraignment on the 17th day of February, 2026, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has scheduled surgery on March 17, 2026, that will require the removal of the location monitoring technology for multiple days. The United States Attorney's Office has been notified and has no objection to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER**

Although the defendant has had multiple surgical procedures and hospitalizations, he has fully complied with release conditions. His frequent medical interventions have placed a significant strain on U.S. Probation Office resources by necessitating repeated removal and reinstallation of the GPS monitoring device. Accordingly, it is respectfully requested that the location monitoring component of the Home Incarceration condition be removed.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Caroline M. O'Reilly
Caroline M. O'Reilly
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2030
Executed On: March 6, 2026

**Terry Jacobs**
**Docket No. 7:25-CR-35-8M**
**Petition For Action**
**Page 2**

**ORDER OF THE COURT**

Considered and ordered the ___9th___ day of ___March___, 2026, and ordered filed and made part of the records in the above case.

_Richard E Myers II_

Richard E. Myers II
Chief United States District Judge